UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. IFEOMA EZEKWO,<br><br>       Plaintiff,<br><br>  -against-<br><br>OPMC (OFFICE OF PROFESSIONAL MISCONDUCT) NEW YORK; NEW YORK STATE DEPT. OF HEALTH; JOHN OR (JANE) DOES 1-10,<br><br>       Defendants. | 22-CV-7684 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 13, 2023
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   Chief United States District Judge